Juliana Escobar Restrepo
1207 154th Street,
Whitestone, NY 11357
(718) 219-3356
escobar.juliana@live.com


April 20, 2026

Clerk of Court
United States Court of Appeals for the Second Circuit

Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007


SEBASTIAN CORREA MORALES,

 v.

JULIANA ESCOBAR RESTREPO,

**Case No. 1:25-cv-06998-NCM-TAM EDNY**

Second Circuit Docket No. **26- 1012**

Notification of Hague Convention Claim Pursuant to Local Rule 4.3


Dear Clerk of Court:

Pursuant to **Local Rule 4.3** of the United States Court of Appeals for the Second Circuit, Appellant **Juliana Escobar Restrepo**, proceeding **pro se**, hereby immediately notifies the Court that the above-captioned appeal arises from a case that includes a claim under the **1980 Hague Convention on the Civil Aspects of International Child Abduction** and its implementing federal statute, the **International Child Abduction Remedies Act ("ICARA")**, 22 U.S.C. §§ 9001–9011.

This appeal arises from a final Order entered by the United States District Court for the Eastern District of New York ("EDNY") on April 9, 2026, by the Honorable Natasha C. Merle, directing the return of the minor child L.S.C.E to Colombia.

Appellant filed a Notice of Appeal with the EDNY on April 16, 2026, which was assigned Second Circuit Docket No. 26-1012.

Respectfully submitted,

Juliana Escobar Restrepo

*Pro Se Respondent*

1207 154th Street,
Whitestone, NY 11357
(718) 219-3356
escobar.juliana@live.com

Dated: April 20, 2026

**CERTIFICATE OF SERVICE**

I, Juliana Escobar Restrepo, hereby certify that on April 20, 2026, I served a true and correct copy of this letter-motion upon counsel for Petitioner by email addressed to Richard Min at rmin@gkmrlaw.com; Michael Banuchis at mbanuchis@gmlawnyc.com; and Camilla Redmond Costa at credmond@gkmrlaw.com.

Richard Min
Michael Banuchis
Camilla Redmond Costa
**Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
www.gkmrlaw.com

_____

**Juliana Escobar Restrepo**

Pro Se Respondent