# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Sebastian Correa Morales<br><br>vs.<br>Juliana Escobar Restrepo | **DISTRICT**<br>Eastern District of New York | **DOCKET NUMBER**<br>1:25-cv-06998 |
| | **JUDGE**<br>Natasha C. Merle | **APPELLANT** |
| | **COURT REPORTER**<br>Michele Lucchese | **PRO SE APPELLANT**<br>Juliana Escobar Restrpo |

**Check the applicable provision:**

☑ **I am ordering a transcript.**

☐ **I am not ordering a transcript**

    **Reason for not ordering a transcript:**

      ☐ **Copy is already available**

      ☐ **No transcribed proceedings**

      ☐ **Other** (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Trial Dates February 11 and 12, 2026

**METHOD OF PAYMENT**    ☐ **Funds**    ☐ **CJA Voucher (CJA 21)**

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☑ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

Juliana Escobar Restrepo

1207 154th st
Whitestone, NY 11357
(718) 219-3356

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| *Juliana E* | May 5, 2026 |

**COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.**

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | | DATE |
|---|---|---|
| | | |

## CERTIFICATE OF SERVICE

I, Juliana Escobar Restrepo, hereby certify that on May 5, 2026, I served a true and correct copy of DP form upon counsel for Petitioner by mail to:

Richard Min
Michael Banuchis
Camilla Redmond Costa
**Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
www.gkmrlaw.com

_____

**Juliana Escobar Restrepo**

Pro Se Respondent
1207 154th Street,
Whitestone, NY 11357
(718) 219-3356
escobar.juliana@live.com

Dated: May 5, 2026