## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____ .

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(  ) Correct
(  ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(  ) Correct
(  ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties:   _____
(  ) Incorrect.   Please change the following parties' designations:
        Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(  ) Correct
(  ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____   Fax:_____
Email:_____

## RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:   _____

## CERTIFICATION

I certify that (   ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____OR that (   ) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
        OR
Signature of pro se litigant: _Julie E_____
Type or Print Name:_____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.

**CERTIFICATE OF SERVICE**

I, Juliana Escobar Restrepo, hereby certify that on May 7, 2026, I served a true and correct copy Acknowledgment and Notice of Appearance Form upon counsel for Petitioner by mail to:

Richard Min
Michael Banuchis
Camilla Redmond Costa
**Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
www.gkmrlaw.com

_____

**Juliana Escobar Restrepo**

Pro Se Respondent
1207 154th Street,
Whitestone, NY 11357
(718) 219-3356
escobar.juliana@live.com

Dated: May 7, 2026