# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Correa Morales**

CERTIFICATE OF SERVICE*

Docket Number: **26-1012**

v.

**Escobar Restrepo**

I, **Michael Banuchis** , hereby certify under penalty of perjury that
(print name)

on **May 14, 2026** , I served a copy of **Acknowledgment and Notice of Appearance**
(date)

**and Michael Banuchis Notice of Appearance form for Additional Counsel**

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      **X** Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Juliana Escobar Restrepo | Apt 1 1207 154th st | Whitestone | NY | 11357 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 14, 2026
Today's Date

*Michael Banuchis*
Signature

Certificate of Service Form (Last Revised 12/2015)

UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT

--------------------------------------------------------------------x

SEBASTIAN CORREA MORALES,                                    Docket No.: 26-1012

                       Petitioner-Appellee,

  -against-

                                            **AFFIRMATION OF SERVICE**

JULIANA ESCOBAR RESTREPO,

                       Respondent-Appellant.

--------------------------------------------------------------------x

Michael Banuchis being duly sworn deposes and says:

Your deponent is over the age of 18 years and is not a party to this action; my office address is 420 Lexington Avenue, Suite 2821, New York, NY 10170.

On May 14, 2026, I served a copy of the Acknowledgment and Notice of Appearance and Notice of Appearance Form for Additional Counsel upon Juliana Escobar Restrepo, the Respondent-Appellant herein, via FedEx Overnight Mail and by depositing a true copy thereof, enclosed in an envelope addressed as shown below, into the custody of the United States Postal Service within New York State via First Class Mail:

                         Juliana Escobar
                         Restrepo Apt 1,
                         1207 154th Street
                         Whitestone, NY 11357

I, Michael Banuchis, affirm this 14th day of May 2026, under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Michael Banuchis*

Michael Banuchis