# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-six.

---

Sebastian Correa Morales,

Petitioner - Appellee,

v.

Juliana Escobar Restrepo,

Respondent - Appellant.

---

**ORDER**

Docket No. 26-1012

Pursuant to the Court's order dated June 12, 2026, this appeal shall be briefed on an expedited schedule and heard in tandem with the fully-briefed appeal in Docket No. 25-806.

IT IS HEREBY ORDERED that Appellant's opening brief and appendix are due September 28, 2026. Appellee's response brief is due November 2, 2026. Any reply brief must be filed by November 16, 2026. No extension of time to file will be granted absent extraordinary circumstances.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe