# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-six.

---

Sebastian Correa Morales,

Petitioner - Appellee,

v.

Juliana Escobar Restrepo,

Respondent - Appellant.

---

**ORDER**

Docket No. 26-1012

On August 24, 2026, the Court issued an expedited scheduling order and directed Appellant to file the opening brief by September 28, 2026. To date, no brief has been filed. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is dismissed effective October 26, 2026, unless Appellant's brief and appendix are filed by that date. Appellee's brief is due 35 days after Appellant's brief is filed. Any reply brief must be filed within 14 days after Appellee's brief.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

