Juliana Escobar Restrepo
1207 154th Street
Whitestone, NY 11357
Email: escobar.juliana@live.com
Pro Se Appellant

November 23, 2026

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Sebastian Correa Morales v. Juliana Escobar Restrepo*, Docket No. 26-1012**

Dear Ms. Wolfe:

I am the Respondent-Appellant in the above-referenced appeal. I write in accordance with the Court's Order dated November 10, 2026 (Dkt. Entry 47.1), which directed me to promptly inform the Court by letter when I have received the transcripts of the February 11–12, 2026 evidentiary hearing.

Please be advised that I received the transcripts of the February 11–12, 2026 evidentiary hearing on **November 20, 2026**.

Pursuant to the Court's Order, I understand that my opening brief and appendix are due 35 days from November 20, 2026.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Juliana Escobar Restrepo
Pro Se Appellant